IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT T. TRAN,<br><br>　　　　　　　Defendant. | **WITNESS LIST**<br><br>Case No.　4:15MJ3026<br>Deputy:　　Jeri Bierbower<br>Reporter:　Digital Recorder<br>Date:　　　April 03, 2015 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Judith J. Tran | 4/3/2015 |
|  |  |