IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>SCOTT T. TRAN,<br><br>     Defendant. | **WITNESS LIST**<br><br>Case No. 4:15MJ3026<br>Deputy: Jeri Bierbower<br>Reporter: Digital Recorder<br>Date: April 13, 2015 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Michael W. Maseth | 4/13/2015 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |