IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:15CR3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE** |
| vs. | ) | **CHANGE OF PLEA** |
| | ) | **HEARING** |
| SCOTT T. TRAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Scott T. Tran moves the Court for an Order continuing the change of plea hearing scheduled for Tuesday, August 25, 2015, at 10:00 a.m. for at least 14 days for the reason the parties need additional time to complete a plea agreement.

The time from the filing of this motion to the new date for the change of plea hearing should be excluded from the running of the speedy trial clock.

Under 18 U.S.C. §3161(h)(8), the ends of justice served by the granting of the extension outweigh the best interests of the public and Scott T. Tran to a speedy trial, because denial of this motion would unreasonably prejudice Scott T. Tran's defense.

A waiver of Scott T. Tran's statutory and constitutional rights to a speedy trial has been forwarded to Scott T. Tran and will be filed once it has been signed and returned to defense counsel.

Alan Everett, Assistant United States Attorney, has no objection to this motion.

WHEREFORE, Scott T. Tran respectfully moves the Court for an Order continuing the change of plea hearing for at least 14 days.

SCOTT T. TRAN, Defendant,

By /s/ Clarence E. Mock
Clarence E. Mock, No. 15443
JOHNSON AND MOCK, PC, LLO
307 N. Oakland Ave.
P.O. Box 62
Oakland, Nebraska 68045
(402) 685-5647
cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

I, Clarence E. Mock, hereby certify that on August 21, 2015, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Alan Everett, Assistant United States Attorney.

/s/ Clarence E. Mock
Clarence E. Mock